■ In the Matter of JASON A. CHABOT, Appellant, v LISA A. CHABOT, Respondent. [761 NYS2d 920] —Appeal from an order of Family Court, Livingston County (Cicoria, J.), entered October 31, 2001, which, inter alia, denied the amended petition seeking joint custody of and visitation with the parties' child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Livingston County, Cicoria, J. Present—Wisner, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

■ In the Matter of PAUL E. O'BRIEN, Respondent, v HEATHER S. THOMAS, Appellant. [761 NYS2d 920] —Appeal from an order of Family Court, Steuben County (Furfure, J.), entered March 27, 2002, which granted the parties joint custody of the child with placement to petitioner and visitation to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court, Steuben County, Furfure, J. Present—Wisner, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

■ In the Matter of RICHARD P., JR., an Infant. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICHARD P., Appellant. (Appeal No. 3.) [761 NYS2d 920] —Appeal from an order of Family Court, Jefferson County (Hunt, J.), entered September 7, 2001, which extended placement of the child with petitioner until March 17, 2002.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Joshua A.,* 294 AD2d 950 [2002]). Present—Wisner, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.